1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ATLANTIC-PACIFIC PROCESSING
SYSTEMS, INC., a Nevada corporation,

Plaintiff(s),

vs.

DERMAKTIVE, LLC, a Florida limited
liability company, and JORDAN DUFNER,
a Connecticut resident,

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2: 16-CV-00739

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Dirk O. Julander_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Julander, Brown & Bollard_____
(firm name)

with offices at _____9110 Irvine Center Drive_____,
(street address)

_____Irvine_____, _____California_____, _____92618_____
(city)            (state)            (zip code)

_____(949) 477-2100_____, _____doj@jbblaw.com_____.
(area code + telephone number)        (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____PLAINTIFF_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3.    That since _____December 14, 1987_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                  (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| USDC - Southern District of CA | May 11, 2010 | 132313 |
| USDC - Central District of CA | February 25, 1988 | 132313 |
| USDC - Eastern District of CA | April 30, 2012 | 132313 |
| USDC - Northern District of CA | February 12, 1993 | 132313 |
| US Court of Appeals - 9th Circuit | October 8, 2014 | 132313 |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 1/15

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

The State Bar of California;
Orange County Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          _____
                                                              Petitioner's signature

5  STATE OF _____California_____ )
                                     )
6  COUNTY OF _____Orange_____ )

7      _____Dirk O. Julander_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                          _____
                                                              Petitioner's signature

10  Subscribed and sworn to before me this

11  _____day of_____, _____.

12

13  _See attached Jurat_____
                Notary Public or Clerk of Court

14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
               **THE BAR OF THIS COURT AND CONSENT THERETO.**

17      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____Todd W. Prall_____,
                                                                            (name of local counsel)
19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____10080 West Alta Drive, Suite 200_____,
                              (street address)
24  _____Las Vegas_____,  _____Nevada_____,  ____89145____
            (city)                      (state)              (zip code)
25

26  _____(702) 385-2500_____,  ____tprall@hutchlegal.com____.
     (area code + telephone number)        (Email address)
27

28                                      4                                      Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Todd W. Prall _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9154                              tprall@hutchlegal.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1                Signature of Document Signer No. 2 (if any)

State of California

County of *Orange*

Subscribed and sworn to (or affirmed) before me on this

_6th_ day of _April_ , 20 _16_ , by
Date        Month              Year

(1)_Dirk O. Julander_ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and
(2)_____ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _Elizabeth A Lewis_
Signature of Notary Public

ELIZABETH A. LEWIS
Commission # 2011408
Notary Public - California
Orange County
My Comm. Expires Mar 20, 2017

Place Notary Seal Above

----------- *OPTIONAL* -----------

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document:_____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____



RIGHT THUMBPRINT
OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT
OF SIGNER #2
Top of thumb here

# THE STATE BAR
# OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 6, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DIRK ODELL JULANDER, #132313 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records