Joseph Kistler (3458)
*jkistler@hutchlegal.com*
Todd W. Prall (9154)
*tprall@hutchlegal.com*
HUTCHISON & STEFEN, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Dirk O. Julander, Bar No. 132313
*doj@jbblaw.com*
(Pro Hac Vice Application Pending)
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: (949) 477-6355

*Attorneys for Plaintiff, Atlantic-Pacific Processing Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMAKTIVE, LLC, a Florida limited liability company, and JORDAN DUFNER, a Connecticut resident; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X,<br><br>Defendants. | Case No. 2:16-cv-00739-JAD-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

COMES NOW Plaintiff ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC., by and through its attorneys of record, Hutchison & Steffen, LLC, and hereby submits this Certificate as to Interested Parties pursuant to LR 7.1-1.

The undersigned, counsel of record for Plaintiff certifies that besides the Plaintiff, the

following have an interest in the outcome of this case:

| **Parties** | **Interest in Case** |
|---|---|
| Atlantic-Pacific Processing Systems, Inc. | Plaintiff |
| Dermaktive, LLC | Defendant |
| Jordan Dufner | Defendant |
| T-1 Payments, LLC | Beneficiary under contract related to the case |

These representations are made to enable judges of the Court to evaluate possible recusal.

DATED: April 14, 2016

HUTCHISON & STEFFEN, LLC

By: ______________________

Joseph Kistler (3458)
*jkistler@hutchlegal.com*
Todd W. Prall (9154)
*tprall@hutchlegal.com*
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145

JULANDER, BROWN & BOLLARD
Dirk O. Julander, Bar No. 132313
*doj@jbblaw.com*
(Pro Hac Vice Application Pending)
9110 Irvine Center Drive
Irvine, California 92618

*Attorneys for Plaintiff*
*Atlantic-Pacific Processing Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2016, the foregoing document entitled: **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** was served via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.

/s/ Madelyn B. Carnate-Peralta
An employee of Hutchison & Steffen, LLC