# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC., a Nevada corporation,

  Plaintiff(s),

vs.

DERMAKTIVE, LLC, a Florida limited liability company, and JORDAN DUFNER, a Connecticut resident,

  Defendant(s).

Case #2: 16-CV-00739 -JAD-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

   Dirk O. Julander, Petitioner, respectfully represents to the Court:
   (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Julander, Brown & Bollard
(firm name)

with offices at   9110 Irvine Center Drive
      (street address)

Irvine, California, 92618
(city) (state) (zip code)

(949) 477-2100, doj@jbblaw.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

  PLAINTIFF   to provide legal representation in connection with
  [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since December 14, 1987 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Southern District of CA | May 11, 2010 | 132313 |
| USDC - Central District of CA | February 25, 1988 | 132313 |
| USDC - Eastern District of CA | April 30, 2012 | 132313 |
| USDC - Northern District of CA | February 12, 1993 | 132313 |
| US Court of Appeals - 9th Circuit | October 8, 2014 | 132313 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

The State Bar of California;
Orange County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
                            )
COUNTY OF ____Orange____    )

____Dirk O. Julander____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____day of_____, _____.

____See attached Jurat____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Todd W. Prall____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____10080 West Alta Drive, Suite 200____,
(street address)

____Las Vegas____, ____Nevada____, ____89145____,
  (city)              (state)            (zip code)

____(702) 385-2500____, ____tprall@hutchlegal.com____.
(area code + telephone number)    (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Todd W. Prall_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
9154                     tprall@hutchlegal.com
Bar number               Email address

APPROVED:

Dated: April 14, 2016.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____                   _____
Signature of Document Signer No. 1                                                  Signature of Document Signer No. 2 (if any)

State of California

County of __Orange__

Subscribed and sworn to (or affirmed) before me on this __6th__ day of __April__, 20__16__, by

(1) __Dirk O. Julander__,
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature __Elizabeth A Lewis__
   Signature of Notary Public

[Notary Seal: ELIZABETH A. LEWIS, Commission # 2011466, Notary Public - California, Orange County, My Comm. Expires Mar 20, 2017]

Place Notary Seal Above

---- **OPTIONAL** ----

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 6, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DIRK ODELL JULANDER, #132313 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records