# EXHIBIT 7

Invoice

# Merchant Statement

ATLANTIC-PACIFIC PROCESSING SYSTEMS  
18350 MOUNT LANGLEY  
SUITE 205  
FOUNTAIN VALLEY, CA 92708  
(800) 635-3545

| | | |
|---|---|---|
| Processing Month: | April 2015 | 6316 |
| Association Number: | 696338 | |
| Merchant Number: | 6316880438844756 | |
| Routing Number: | xxxxx0606 | |
| Deposit Account Number: | xxxxxx4854 | |

DERMAKTIVE LLC  
JORDAN DUFNER  
20533 BISCAYNE BLVD STE 568  
MIAMI FL 33180-1529

Amount Deducted:  
$ 6,099.68

## Plan Summary

| Plan | Number of Sales | Sales Amount | Number of Credits | Credit Amount | Net Sales | Average Ticket | Discount P/I | % | Discount Due |
|---|---|---|---|---|---|---|---|---|---|
| Visa | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Visa Debit | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Visa Business | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| MasterCard | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| MasterCard Debit | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| MasterCard Business | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Discover | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Discover Debit | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Discover Business | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Discover JCB | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| ** | 00 | .00 | 00 | .00 | .00 | .00 | | | .00 |

## Chargebacks

| Transaction Day | Reference Number | Transaction Description | Plan Description | Number of Sales | Sales Amount | Credit Amount | Discount Paid | Settled |
|---|---|---|---|---|---|---|---|---|
| 01 | 90001253380 | Chargeback | | 01 | 137.00 | .00 | .00 | 137.00 |
| 01 | 90001289774 | Chargeback | | 01 | 137.00 | .00 | .00 | 137.00 |
| 01 | 90001401886 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001505108 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001505404 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001540379 | Chargeback | | 01 | 72.95 | .00 | .00 | 72.95 |
| 01 | 90001540384 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 01 | 90001617967 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001620201 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 01 | 90001621152 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001656801 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001684226 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001719348 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001719759 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001721484 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001755378 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 01 | 90001756074 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001767873 | Chargeback | | 01 | 60.94 | .00 | .00 | 60.94 |
| 01 | 90001767878 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 01 | 90001768225 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001770440 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 01 | 90001779650 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001780916 | Chargeback | | 01 | 48.00 | .00 | .00 | 48.00 |
| 01 | 90001781711 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001807368 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001818823 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001820028 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001829980 | Chargeback | | 01 | 60.95 | .00 | .00 | 60.95 |
| 01 | 90001832484 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 01 | 90001832950 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001844281 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 02 | 23131609114 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 23131609115 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 23131609116 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 02 | 90001356091 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 90001425738 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 02 | 90001617041 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 90001669630 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 02 | 90001696019 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 02 | 90001756484 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 90001781433 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |

## Chargebacks - continued

| Transaction Day | Reference Number | Transaction Description | Plan Description | Number of Sales | Sales Amount | Credit Amount | Discount Paid | Settled |
|---|---|---|---|---|---|---|---|---|
| 02 | 90001782199 | Chargeback Reversal | | 01 | 62.94 | .00 | .00 | 62.94 |
| 02 | 90001806179 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 02 | 90001817948 | Chargeback Reversal | | 01 | 70.95 | .00 | .00 | 70.95 |
| 02 | 90001832135 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 03 | 90001478483 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 03 | 90001576176 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 03 | 90001604824 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 03 | 90001744241 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 03 | 90001770419 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 03 | 90001779839 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 03 | 90001793777 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 03 | 90001844543 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 06 | 90001576588 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 06 | 90001588304 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 06 | 90001605317 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 06 | 90001617940 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 06 | 90001672075 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 06 | 90001719577 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 06 | 90001744456 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 06 | 90001756036 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 06 | 90001819383 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 06 | 90001829906 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001563764 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001576699 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 07 | 90001604154 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 07 | 90001620872 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001644109 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 07 | 90001707220 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 07 | 90001707525 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001732644 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 07 | 90001744292 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 07 | 90001767995 | Chargeback | | 01 | 72.95 | .00 | .00 | 72.95 |
| 07 | 90001770376 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 07 | 90001779087 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001779223 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 07 | 90001794120 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 07 | 90001820979 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 07 | 90001844427 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001604634 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001617140 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001621931 | Chargeback | | 01 | 3.95 | .00 | .00 | 3.95 |
| 08 | 90001621934 | Chargeback | | 01 | 4.95 | .00 | .00 | 4.95 |
| 08 | 90001632519 | Chargeback | | 01 | 3.95 | .00 | .00 | 3.95 |
| 08 | 90001632522 | Chargeback | | 01 | 4.95 | .00 | .00 | 4.95 |
| 08 | 90001644705 | Chargeback | | 01 | 2.95 | .00 | .00 | 2.95 |
| 08 | 90001644706 | Chargeback | | 01 | 4.94 | .00 | .00 | 4.94 |
| 08 | 90001669411 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001695912 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001696366 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001708071 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001732496 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001732939 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001781243 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001782041 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 08 | 90001782665 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001794930 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001805803 | Chargeback | | 01 | 137.00 | .00 | .00 | 137.00 |
| 08 | 90001807086 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001819097 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 08 | 90001829848 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 08 | 90001845014 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 09 | 90001755859 | Chargeback | | 01 | 72.95 | .00 | .00 | 72.95 |
| 10 | 90001707726 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 10 | 90001755500 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 10 | 90001767293 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 10 | 90001767921 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 10 | 90001781817 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 10 | 90001821100 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 10 | 90001832612 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 13 | 90001656935 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 13 | 90001657059 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 13 | 90001720699 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 13 | 90001770161 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 13 | 90001783310 | Chargeback | | 01 | 5.97 | .00 | .00 | 5.97 |

**Merchant Statement**

ATLANTIC-PACIFIC PROCESSING SYSTEMS
18350 MOUNT LANGLEY
SUITE 205
FOUNTAIN VALLEY, CA 92708
(800) 635-3545

| | |
|---|---|
| Processing Month: | April 2015    6316 |
| Association Number: | 696338 |
| Merchant Number: | 6316880438844756 |
| Routing Number: | xxxxx0606 |
| Deposit Account Number: | xxxxxx4854 |

DERMAKTIVE LLC
JORDAN DUFNER
20533 BISCAYNE BLVD STE 568
MIAMI FL 33180-1529

Amount Deducted:
$ 6,099.68

## Chargebacks - continued

| Transaction Day | Reference Number | Transaction Description | Plan Description | Number of Sales | Sales Amount | Credit Amount | Discount Paid | Settled |
|---|---|---|---|---|---|---|---|---|
| 13 | 90001818657 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 13 | 90001820365 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 14 | 90001116681 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 14 | 90001180701 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 14 | 90001276470 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 14 | 90001276827 | Chargeback Reversal | | 01 | 214.00 | .00 | .00 | 214.00 |
| 14 | 90001302027 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 14 | 90001466800 | Chargeback | | 01 | 137.00 | .00 | .00 | 137.00 |
| 14 | 90001684945 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 14 | 90001779548 | Chargeback | | 01 | 61.95 | .00 | .00 | 61.95 |
| 14 | 90001806899 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 15 | 90001719266 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 15 | 90001768335 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 15 | 90001781705 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 15 | 90001806254 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 15 | 90001818582 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 15 | 90001820601 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 16 | 90001563969 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 16 | 90001671732 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 16 | 90001720948 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 16 | 90001721037 | Chargeback | | 01 | 73.95 | .00 | .00 | 73.95 |
| 16 | 90001721040 | Chargeback | | 01 | 63.94 | .00 | .00 | 63.94 |
| 16 | 90001732473 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 16 | 90001756409 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 16 | 90001767786 | Chargeback Reversal | | 01 | 62.94 | .00 | .00 | 62.94 |
| 16 | 90001770055 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 16 | 90001818069 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 16 | 90001844276 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 16 | 90001844539 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 16 | 90001844726 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001721000 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 17 | 90001721059 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 17 | 90001755369 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 17 | 90001767733 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001781415 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 17 | 90001782579 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001794353 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001806210 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001832425 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 17 | 90001844552 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 20 | 90001644384 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 20 | 90001656272 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 20 | 90001721316 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 20 | 90001755513 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 20 | 90001768325 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 20 | 90001779642 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 20 | 90001807218 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 20 | 90001819299 | Chargeback Reversal | | 01 | 62.94 | .00 | .00 | 62.94 |

## Chargebacks - continued

| Transaction Day | Reference Number | Transaction Description | Plan Description | Number of Sales | Sales Amount | Credit Amount | Discount Paid | Settled |
|---|---|---|---|---|---|---|---|---|
| 20 | 90001831927 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 20 | 90001844203 | Chargeback Reversal | | 01 | 70.95 | .00 | .00 | 70.95 |
| 21 | 90001478699 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 21 | 90001591313 | Chargeback Reversal | | 01 | 62.94 | .00 | .00 | 62.94 |
| 21 | 90001617888 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 21 | 90001620329 | Chargeback Reversal | | 01 | 73.97 | .00 | .00 | 73.97 |
| 21 | 90001782402 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 21 | 90001795086 | Chargeback Reversal | | 01 | 70.95 | .00 | .00 | 70.95 |
| 21 | 90001818061 | Chargeback | | 01 | 69.95 | .00 | .00 | 69.95 |
| 21 | 90001832043 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 22 | 90001576176 | Chargeback Reversal | | 01 | 62.95 | .00 | .00 | 62.95 |
| 22 | 90001604824 | Chargeback Reversal | | 01 | 73.97 | .00 | .00 | 73.97 |
| 22 | 90001618265 | Chargeback Reversal | | 01 | 29.00 | .00 | .00 | 29.00 |
| 22 | 90001696050 | Chargeback Reversal | | 01 | 34.00 | .00 | .00 | 34.00 |
| 22 | 90001732350 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 22 | 90001744702 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 22 | 90001744704 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 22 | 90001768509 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 22 | 90001779539 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 22 | 90001781366 | Chargeback | | 01 | 60.95 | .00 | .00 | 60.95 |
| 22 | 90001806835 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 22 | 90001818872 | Chargeback | | 01 | 72.95 | .00 | .00 | 72.95 |
| 22 | 90001831931 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 22 | 90001844691 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 23 | 23131611274 | Chargeback | | 01 | 51.00 | .00 | .00 | 51.00 |
| 23 | 23131611275 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 23 | 23131611276 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 23 | 23131611277 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 23 | 23131611278 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 23 | 23131611279 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 23 | 23131611280 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 23 | 90001845127 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 23 | 90001846011 | Chargeback | | 01 | 2.95 | .00 | .00 | 2.95 |
| 23 | 90001846012 | Chargeback | | 01 | 4.94 | .00 | .00 | 4.94 |
| 24 | 90001781257 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 24 | 90001806609 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 24 | 90001832385 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 27 | 90001806982 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 28 | 90001770238 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 29 | 90001744517 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 29 | 90001820649 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 29 | 90001832117 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| **Chargeback Totals** | | | | **205** | **8,738.10** | **.00** | **.00** | **8,738.10** |

## Fees

| Number | Amount | Description | Total |
|---|---|---|---|
| | | RETRIEVAL FEE | 45.00 |
| | | CHARGEBACK FEE | 6,055.00 |
| 08 | 673.86 | CHARGEBACK REVERSAL | -.08 |
| 24 | 1,460.64 | CHARGEBACK REVERSAL | -.24 |
| | | Total Fees Due | 6,099.68 |

| | |
|---|---|
| Fees Due | 6,099.68 |
| Amount Deducted | 6,099.68 |

**Merchant Statement**

ATLANTIC-PACIFIC PROCESSING SYSTEMS
18350 MOUNT LANGLEY
SUITE 205
FOUNTAIN VALLEY, CA 92708
(800) 635-3545

Processing Month:     April 2015     6316

Association Number:     696338

Merchant Number:     6316880438844756

Routing Number:     xxxxx0606

Deposit Account Number:     xxxxxx4854

DERMAKTIVE LLC
JORDAN DUFNER
20533 BISCAYNE BLVD STE 568
MIAMI FL 33180-1529

Amount Deducted:
$ 6,099.68

THE INFORMATION IN THIS STATEMENT IS PRIVATE. IF YOU ARE NOT THE INTENDED MERCHANT, BE ADVISED THAT ANY UNAUTHORIZED USE, DISCLOSURE; COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION HEREIN IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INVOICE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER. UP TO TWELVE PERCENT OF THE GROSS INVOICED FEES REPRESENTED ON YOUR STATEMENT, PURCHASES ADDITIONAL LIABILITY AND CYBER SECURITY INSURANCE, FURTHERING OUR COMMITMENT TO MERCHANT SECURITY AND PROCESSOR INTEGRITY.

IF YOU ORDER PROCESSING EQUIPMENT (E.G.TERMINALS), SUPPLIES (E.G. PAPER), OR NEED TO HAVE ITEMS SHIPPED TO YOUR LOCATION, WE WILL NOW SIMPLY ADD ANY APPLICABLE CHARGES TO YOUR NEXT MONTH'S PROCESSING STATEMENT, GIVING YOU A QUICK AND SEAMLESS METHOD FOR ORDERING AND TRACKING YOUR EQUIPMENT AND SUPPLY NEEDS.