# EXHIBIT 8

Invoice

# Merchant Statement

T1 PAYMENTS  
6655 WEST SAHARA AVE  
SUITE # A-116  
LAS VEGAS, NV 89146  
(877)245-1484

Processing Month: April 2015    6316

Association Number: 696338

Merchant Number: 6316880438844756

Routing Number: xxxxx0606

Deposit Account Number: xxxxxx4854

DERMAKTIVE LLC  
JORDAN DUFFNER  
20533 BISCAYNE BLVD STE 568  
MIAMI FL 33180-1529

Amount Deducted:  
$ 6,099.68

## Plan Summary

| Plan | Number of Sales | Sales Amount | Number of Credits | Credit Amount | Net Sales | Average Ticket | Discount P/I | % | Discount Due |
|---|---|---|---|---|---|---|---|---|---|
| Visa | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Visa Debit | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Visa Business | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| MasterCard | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| MasterCard Debit | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| MasterCard Business | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Discover | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Discover Debit | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Discover Business | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| Discover JCB | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 1.000 | .00 |
| ** | **00** | **.00** | **00** | **.00** | **.00** | **.00** | | | **.00** |

## Chargebacks

| Transaction Day | Reference Number | Transaction Description | Plan Description | Number of Sales | Sales Amount | Credit Amount | Discount Paid | Settled |
|---|---|---|---|---|---|---|---|---|
| 01 | 90001253380 | Chargeback | | 01 | 137.00 | .00 | .00 | 137.00 |
| 01 | 90001684226 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001844281 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001401886 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001756074 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001820028 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001289774 | Chargeback | | 01 | 137.00 | .00 | .00 | 137.00 |
| 01 | 90001779650 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001807368 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001620201 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 01 | 90001505404 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001832950 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001768225 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001621152 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001781711 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001829980 | Chargeback | | 01 | 60.95 | .00 | .00 | 60.95 |
| 01 | 90001617967 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001780916 | Chargeback | | 01 | 48.00 | .00 | .00 | 48.00 |
| 01 | 90001818823 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001832484 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 01 | 90001540379 | Chargeback | | 01 | 72.95 | .00 | .00 | 72.95 |
| 01 | 90001540384 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 01 | 90001719348 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001719759 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001755378 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 01 | 90001656801 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001721484 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 01 | 90001505108 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 01 | 90001770440 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 01 | 90001767873 | Chargeback | | 01 | 60.94 | .00 | .00 | 60.94 |
| 01 | 90001767878 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 02 | 90001669630 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 02 | 90001806179 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 02 | 90001756484 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 23131609114 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 23131609115 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 23131609116 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 02 | 90001781433 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 90001832135 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 90001356091 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 90001425738 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |

## Chargebacks - continued

| Transaction Day | Reference Number | Transaction Description | Plan Description | Number of Sales | Sales Amount | Credit Amount | Discount Paid | Settled |
|---|---|---|---|---|---|---|---|---|
| 02 | 90001696019 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 02 | 90001817948 | Chargeback Reversal | | 01 | 70.95 | .00 | .00 | 70.95 |
| 02 | 90001617041 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 02 | 90001782199 | Chargeback Reversal | | 01 | 62.94 | .00 | .00 | 62.94 |
| 03 | 90001744241 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 03 | 90001770419 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 03 | 90001604824 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 03 | 90001576176 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 03 | 90001793777 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 03 | 90001844543 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 03 | 90001779839 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 03 | 90001478483 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 06 | 90001588304 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 06 | 90001617940 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 06 | 90001672075 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 06 | 90001744456 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 06 | 90001756036 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 06 | 90001576588 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 06 | 90001605317 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 06 | 90001819383 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 06 | 90001719577 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 06 | 90001829906 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001563764 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001770376 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 07 | 90001767995 | Chargeback | | 01 | 72.95 | .00 | .00 | 72.95 |
| 07 | 90001779087 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001794120 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 07 | 90001620872 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001644109 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 07 | 90001707525 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 07 | 90001732644 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 07 | 90001779223 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 07 | 90001576699 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 07 | 90001604154 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 07 | 90001707220 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 07 | 90001744292 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 07 | 90001820979 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 07 | 90001844427 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001781243 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001794930 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001621931 | Chargeback | | 01 | 3.95 | .00 | .00 | 3.95 |
| 08 | 90001632522 | Chargeback | | 01 | 4.95 | .00 | .00 | 4.95 |
| 08 | 90001644706 | Chargeback | | 01 | 4.94 | .00 | .00 | 4.94 |
| 08 | 90001782665 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001621934 | Chargeback | | 01 | 4.95 | .00 | .00 | 4.95 |
| 08 | 90001632519 | Chargeback | | 01 | 3.95 | .00 | .00 | 3.95 |
| 08 | 90001644705 | Chargeback | | 01 | 2.95 | .00 | .00 | 2.95 |
| 08 | 90001708071 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001805803 | Chargeback | | 01 | 137.00 | .00 | .00 | 137.00 |
| 08 | 90001807086 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001604634 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001669411 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001732496 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001829848 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 08 | 90001617140 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 08 | 90001695912 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001782041 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 08 | 90001819097 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 08 | 90001696366 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 08 | 90001845014 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 08 | 90001732939 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 09 | 90001755859 | Chargeback | | 01 | 72.95 | .00 | .00 | 72.95 |
| 10 | 90001755500 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 10 | 90001767921 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 10 | 90001707726 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 10 | 90001821100 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 10 | 90001832612 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 10 | 90001767293 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 10 | 90001781817 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 13 | 90001818657 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 13 | 90001783310 | Chargeback | | 01 | 5.97 | .00 | .00 | 5.97 |
| 13 | 90001770161 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 13 | 90001656935 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 13 | 90001820365 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |

# Merchant Statement

T1 PAYMENTS
6655 WEST SAHARA AVE
SUITE # A-116
LAS VEGAS, NV 89146
(877)245-1484

| | |
|---|---|
| Processing Month: | April 2015    6316 |
| Merchant Number: | 6316880438844756 |
| Association Number: | 696338 |
| Routing Number: | xxxxx0606 |
| Deposit Account Number: | xxxxxx4854 |

DERMAKTIVE LLC
JORDAN DUFFNER
20533 BISCAYNE BLVD STE 568
MIAMI FL 33180-1529

Amount Deducted:
$ 6,099.68

## Chargebacks - continued

| Transaction Day | Reference Number | Transaction Description | Plan Description | Number of Sales | Sales Amount | Credit Amount | Discount Paid | Settled |
|---|---|---|---|---|---|---|---|---|
| 13 | 90001657059 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 13 | 90001720699 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 14 | 90001180701 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 14 | 90001806899 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 14 | 90001276470 | Chargeback | | 01 | 62.95 | .00 | .00 | 62.95 |
| 14 | 90001116681 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 14 | 90001302027 | Chargeback | | 01 | 73.97 | .00 | .00 | 73.97 |
| 14 | 90001684945 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 14 | 90001779548 | Chargeback | | 01 | 61.95 | .00 | .00 | 61.95 |
| 14 | 90001466800 | Chargeback | | 01 | 137.00 | .00 | .00 | 137.00 |
| 14 | 90001276827 | Chargeback Reversal | | 01 | 214.00 | .00 | .00 | 214.00 |
| 15 | 90001818582 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 15 | 90001781705 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 15 | 90001768335 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 15 | 90001719266 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 15 | 90001820601 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 15 | 90001806254 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 16 | 90001720948 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 16 | 90001721037 | Chargeback | | 01 | 73.95 | .00 | .00 | 73.95 |
| 16 | 90001721040 | Chargeback | | 01 | 63.94 | .00 | .00 | 63.94 |
| 16 | 90001732473 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 16 | 90001756409 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 16 | 90001563969 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 16 | 90001818069 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 16 | 90001671732 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 16 | 90001767786 | Chargeback Reversal | | 01 | 62.94 | .00 | .00 | 62.94 |
| 16 | 90001844276 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 16 | 90001844726 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 16 | 90001844539 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 16 | 90001770055 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001755369 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 17 | 90001782579 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001806210 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001794353 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001844552 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 17 | 90001721000 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 17 | 90001781415 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 17 | 90001721059 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 17 | 90001767733 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 17 | 90001832425 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 20 | 90001779642 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 20 | 90001755513 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 20 | 90001768325 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 20 | 90001644384 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 20 | 90001807218 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 20 | 90001831927 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 20 | 90001844203 | Chargeback Reversal | | 01 | 70.95 | .00 | .00 | 70.95 |
| 20 | 90001656272 | Chargeback Reversal | | 01 | 58.00 | .00 | .00 | 58.00 |
| 20 | 90001819299 | Chargeback Reversal | | 01 | 62.94 | .00 | .00 | 62.94 |

## Chargebacks - continued

| Transaction Day | Reference Number | Transaction Description | Plan Description | Number of Sales | Sales Amount | Credit Amount | Discount Paid | Settled |
|---|---|---|---|---|---|---|---|---|
| 20 | 90001721316 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 21 | 90001782402 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 21 | 90001832043 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 21 | 90001478699 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 21 | 90001818061 | Chargeback | | 01 | 69.95 | .00 | .00 | 69.95 |
| 21 | 90001620329 | Chargeback Reversal | | 01 | 73.97 | .00 | .00 | 73.97 |
| 21 | 90001591313 | Chargeback Reversal | | 01 | 62.94 | .00 | .00 | 62.94 |
| 21 | 90001795086 | Chargeback Reversal | | 01 | 70.95 | .00 | .00 | 70.95 |
| 21 | 90001617888 | Chargeback Reversal | | 01 | 68.00 | .00 | .00 | 68.00 |
| 22 | 90001768509 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 22 | 90001732350 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 22 | 90001806835 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 22 | 90001831931 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 22 | 90001744704 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 22 | 90001744702 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 22 | 90001781366 | Chargeback | | 01 | 60.95 | .00 | .00 | 60.95 |
| 22 | 90001818872 | Chargeback | | 01 | 72.95 | .00 | .00 | 72.95 |
| 22 | 90001779539 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 22 | 90001844691 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 22 | 90001618265 | Chargeback Reversal | | 01 | 29.00 | .00 | .00 | 29.00 |
| 22 | 90001696050 | Chargeback Reversal | | 01 | 34.00 | .00 | .00 | 34.00 |
| 22 | 90001604824 | Chargeback Reversal | | 01 | 73.97 | .00 | .00 | 73.97 |
| 22 | 90001576176 | Chargeback Reversal | | 01 | 62.95 | .00 | .00 | 62.95 |
| 23 | 90001846012 | Chargeback | | 01 | 4.94 | .00 | .00 | 4.94 |
| 23 | 90001846011 | Chargeback | | 01 | 2.95 | .00 | .00 | 2.95 |
| 23 | 90001845127 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 23 | 23131611274 | Chargeback | | 01 | 51.00 | .00 | .00 | 51.00 |
| 23 | 23131611275 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 23 | 23131611276 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 23 | 23131611277 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 23 | 23131611278 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 23 | 23131611279 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 23 | 23131611280 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 24 | 90001806609 | Chargeback | | 01 | 62.94 | .00 | .00 | 62.94 |
| 24 | 90001832385 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 24 | 90001781257 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 27 | 90001806982 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 28 | 90001770238 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| 29 | 90001832117 | Chargeback | | 01 | 68.00 | .00 | .00 | 68.00 |
| 29 | 90001744517 | Chargeback | | 01 | 70.95 | .00 | .00 | 70.95 |
| 29 | 90001820649 | Chargeback | | 01 | 58.00 | .00 | .00 | 58.00 |
| **Chargeback Totals** | | | | **205** | **8,738.10** | **.00** | **.00** | **8,738.10** |

## Fees

| Number | Amount | Description | Total |
|---|---|---|---|
| 03 | | RETRIEVAL FEE | 45.00 |
| | | CHARGEBACK FEE | 6,055.00 |
| 08 | 673.86 | CHARGEBACK REVERSAL | -.08 |
| 24 | 1,460.64 | CHARGEBACK REVERSAL | -.24 |
| | | Total Fees Due | 6,099.68 |

| | |
|---|---|
| Fees Due | 6,099.68 |
| Amount Deducted | 6,099.68 |