Joseph Kistler
NV State Bar No. 3458
*jkistler@hutchlegal.com*
Todd W. Prall
NV State Bar No. 9154
*tprall@hutchlegal.com*
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Dirk O. Julander
CA State Bar No. 132313
*doj@jbblaw.com*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: (949) 477-6355

Attorneys for Plaintiff, Atlantic-Pacific
Processing Systems, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMAKTIVE, LLC, a Florida limited liability company; JORDAN DUFNER, a Connecticut resident; ADAM WELLINGTON, a Connecticut resident; JOE HELEWA, a New York resident; UPSURGE, LLC, a Delaware limited liability company; UPSURGE MEDIA GROUP, LLC, a Delaware limited liability company; WIDO, LLC, a Delaware limited liability company; DENIS BETSI, an Ontario, Canada resident; T1 PAYMENTS, LLC, a Nevada limited liability company; and DONALD KASDON, a Nevada resident,<br><br>Defendants | Case No. 2:16-CV-00739-JAD-(PAL)<br><br>Assigned to: Judge Jennifer A. Dorsey & Magistrate Judge Peggy A. Leen<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EMERGENCY MOTION RE: KASDON AND FAIRCHILD SUBPOENAS** |

| | |
|---|---|
| 1 | DERMAKTIVE, LLC, a Florida limited liability company; and JORDAN DUFNER, a Connecticut resident, |
| 2 | |
| 3 | Counter-Plaintiffs |
| 4 | vs. |
| 5 | ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC., a California corporation, |
| 6 | |
| 7 | Counter-Defendants |

Non-party AMBER FAIRCHILD and DONALD KASDON (collectively the "Deponents"), on the one hand, and Plaintiff ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC. ("APPS"), on the other hand, by and through their respective counsel, hereby agree to the following recitals and submit the following Stipulation and Order in resolution of the Non-Party Amber Fairchild and Donald Kasdon's Emergency Motion to Quash Deposition Subpoenas (Dkt. No. 106) (the "Emergency Motion").

### RECITALS

**WHEREAS,** on May 5, 2017, counsel for APPS issued Deposition Subpoenas for the Deponents to take place on June 27, 2017 and June 28, 2017 in Las Vegas, Nevada, where the deponents resided;

**WHEREAS,** on June 1, 2017, counsel for the Deponents, Michael Cristalli, contacted APPS's counsel requesting that the deposition dates be continued;

**WHEREAS,** on July 7, 2017, Michael Cristalli expressly agreed in open court to accept service of the Deposition Subpoenas on behalf of the Deponents (Dkt. No. 78);

**WHEREAS,** Mr. Cristalli requested that the depositions of the Deponents take place in October 2017 in Las Vegas to accommodate the Deponents' anticipated move to Florida in August;

**WHEREAS,** APPS agreed to postpone the depositions to October on the condition that the Deponents would agree to be deposed in Nevada;

WHEREAS, pursuant to his agreement to accept service, and after the parties "met and conferred" on the dates and location of the depositions, on August 17, 2017, Mr. Cristalli was served with Deposition Subpoenas for the Deponents' depositions to take place in Las Vegas on October 25th (Kasdon) and 26th (Fairchild), 2017;

WHEREAS, witness fees for the depositions were tendered on September 1, 2017;

WHEREAS, on October 10, 2017, Mr. Cristalli notified counsel for APPS of a family emergency necessitating the continuance of the October depositions;

WHEREAS, Mr. Cristalli agreed, on behalf of Mr. Kasdon, that all documents responsive to the document requests in his Subpoena would be produced in October 2017;

WHEREAS, Mr. Cristalli agreed to reimburse the costs associated with changing/cancelling airline flights related to the October depositions;

WHEREAS, when the parties could not immediately agree on the dates/locations of the continued Depositions, Mr. Cristalli filed the Emergency Motion;

WHEREAS, since the filing of the Emergency Motion, the parties have reached an agreement that the Deposition of Amber Fairchild will take place on January 10, 2018, beginning at 9:00 a.m., at First Choice Reporting – Miami, 44 West Flagler Street, Suite 300, Miami, FL 33130;

WHEREAS, since the filing of the Emergency Motion, the parties have reached an agreement that the Deposition of Donald Kasdon will take place on January 9, 2018, beginning at 9:00 a.m., at First Choice Reporting – Miami, 44 West Flagler Street, Suite 300, Miami, FL 33130; and

WHEREAS, since the filing of the Emergency Motion, Kory Kaplan has left the firm of Gentile, Cristalli, Miller, Armeni, Savaresse but continues to represent the Deponents through his new law firm of Larson, Zirzow & Kaplan and is authorized to accept service of the amended Deposition Subpoenas on behalf of the Deponents;

/ / /

/ / /

/ / /

## STIPULATION

**IT IS THEREFORE STIPULATED AND AGREED** by and between the parties hereto as follows:

1. The undersigned counsel for the Deponents, Kory Kaplan, has authority to, and will, accept service of amended Deposition Subpoenas on behalf of the Deponents;

2. The Deposition of Amber Fairchild will take place on January 10, 2018, beginning at 9:00 a.m., at First Choice Reporting – Miami, 44 West Flagler Street, Suite 300, Miami, FL 33130;

3. The Deposition of Donald Kasdon will take place on January 9, 2018, beginning at 9:00 a.m., at First Choice Reporting – Miami, 44 West Flagler Street, Suite 300, Miami, FL 33130;

4. The witness fees previously tendered to the Deponents on September 1, 2017 will satisfy the requirements of Fed. R. Civ. P. 45(b)(1);

5. Deponent Donald Kasdon will produce all documents responsive to his Deposition Subpoena which have not already been produced within 10 days; and

6. The deponents will reimburse APPS and its counsel for the costs incurred in connection with changing/cancelling the flights for the previously-scheduled October depositions in the amount of $203.02.

**IT IS SO STIPULATED.**

DATED this 8th day of November, 2017

JULANDER, BROWN & BOLLARD

By _____
DIRK O. JULANDER
*Pro Hac Vice*
9110 Irvine Center Drive
Irvine, California 92618
Tel. (949) 477-2100

*Attorneys for Plaintiff and Cross-Defendant Atlantic-Pacific Processing Systems, Inc*

DATED this 8th day of November, 2017

LARSON, ZIRZOW & KAPLAN

By _____
KORY KAPLAN
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel. (702) 382-1170

*Attorneys for Defendants T1 Payments, LLC and Donald Kasdon and Non-Party Amber Fairchild*

## ORDER

Based on the foregoing Stipulation and good cause appearing, it is hereby ORDERED as follows:

1. Kory Kaplan shall accept service of amended Deposition Subpoenas on behalf of Deponents Donald Kasdon and Amber Fairchild;

2. The Deposition of Amber Fairchild shall take place on January 10, 2018, beginning at 9:00 a.m., at First Choice Reporting – Miami, 44 West Flagler Street, Suite 300, Miami, FL 33130;

3. The Deposition of Donald Kasdon shall take place on January 9, 2018, beginning at 9:00 a.m., at First Choice Reporting – Miami, 44 West Flagler Street, Suite 300, Miami, FL 33130;

4. The witness fees previously tendered to the Deponents on September 1, 2017 shall satisfy the requirements of Fed. R. Civ. P. 45(b)(1);

5. Deponent Donald Kasdon shall immediately produce all documents responsive to his Deposition Subpoena which have not been previously produced by him within 10 days; and

///

///

6. The Deponents shall reimburse APPS and its counsel for the costs incurred in connection with changing/cancelling the flights for the previously-scheduled October depositions in the amount of $203.02, payable within 10 days to the Julander, Brown & Bollard Client Trust Account.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Emergency Motion to Quash Subpoenas (ECF No. 106) is **DENIED as moot** and the hearing on that motion, currently set for November 16, 2017 is **VACATED.**

Peggy A. Leen
United States Magistrate Judge

Dated: November 14, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2017, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER RE: EMERGENCY MOTION RE: KASDON AND FAIRCHILD SUBPOENAS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By *Stephanie Hernandez*
Stephanie Hernandez, an Employee of
JULANDER, BROWN & BOLLARD,