UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DERMAKTIVE, LLC, et al., <br><br> Defendants. | Case No. 2:16-cv-00739-JAD-PAL <br><br> ORDER |

Before the court is Plaintiff's Notice of Motion and Motion for Leave to File Third Amended Complaint and to Amend Scheduling Order if Necessary (ECF No. 113), and Non-Party Amber Fairchild, Donald Kasdon, and T1 Payments LLC's Emergency Motion to Quash Deposition Supboena and/or for Protective Order Against Enforcement of Subpoenas (ECF No. 114).yt

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. A hearing on both Motions (ECF Nos. 113, 114) is set for **2:00 p.m., January 16, 2018**, in Courtroom 3B.
2. A temporary protective order is entered precluding the deposition of T1 Payments, LLC from going forward as currently noticed on December 12, 2017, pending a decision on the merits.

DATED this 1st day of December, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE