Joseph Kistler
NV State Bar No. 3458
Todd W. Prall
NV State Bar No. 9154
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
E-mail: jkistler@hutchlegal.com
E-mail: tprall@hutchlegal.com

Dirk O. Julander
CA State Bar No. 132313
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: (949) 477-6355
E-mail: doj@jbblaw.com

Attorneys for Plaintiff and Counter-Defendant, Atlantic-Pacific Processing Systems, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC., a California corporation,<br><br>Plaintiff<br>vs.<br><br>DERMAKTIVE, LLC, a Florida limited liability company; JORDAN DUFNER, a Connecticut resident; ADAM WELLINGTON, a Connecticut resident; JOE HELEWA, a New York resident; UPSURGE, LLC, a Delaware limited liability company; UPSURGE MEDIA GROUP, LLC, a Delaware limited liability company; WIDO, LLC, a Delaware limited liability company; | Case No. 2:16-CV-00739-JAD-(PAL)<br><br>Assigned to: Judge Jennifer A. Dorsey & Magistrate Judge Peggy A. Leen<br><br>**STIPULATION AND ORDER DISMISSING CASE**<br><br>ECF No. 144 |

| | |
|---|---|
| 1<br>2<br>3<br>4 | DENIS BETSI, an Ontario, Canada resident; T1 PAYMENTS, LLC, a Nevada limited liability company; and DONALD KASDON, a Nevada resident,<br><br>Defendants |
| 5<br>6 | DERMAKTIVE, LLC, a Florida limited liability company; and JORDAN DUFNER, a Connecticut resident, |
| 7 | Counter-Plaintiffs |
| 8 | vs. |
| 9<br>10 | ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC., a California corporation, |
| 11<br>12 | Counter-Defendants |

## STIPULATION OF VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendants ATLANTIC P-PACIFIC PROCESSING SYSTEMS, INC., through its counsel of record, hereby stipulates and gives notice that the Complaint in the above-captioned action is voluntarily dismissed, with prejudice, against Defendants and Counterclaimants DERMAKTIVE, LLC and JORDAN DUFNER and Defendants ADAM WELLINGTON, UPSURGE, LLC, UPSURGE MEDIA GROUP, LLC, WILDO, LLC, T1 PAYMENT, LLC, and DONALD KASDON.

Defendant and Counterclaimants DERMAKTIVE, LLC and JORDAN DUFNER, through their counsel of record, hereby stipulate and give notice that their Counterclaim in the above-captioned action is voluntarily dismissed with prejudice against Plaintiff and Counter-defendant ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ATLANTIC-PACIFIC PROCESSING SYSTEMS, INC., through its counsel of record, hereby dismisses with prejudice Defendants JOE HELEWA and DENIS BETSI.

Such dismissals are with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: January 12, 2018         JULANDER, BROWN & BOLLARD

By: _____
Dirk O. Julander
*Pro Hac Vice*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
(949) 477-2100

*Attorney for Plaintiff and Counter-defendant Atlantic- Pacific Processing Systems, Inc.*

DATED: January 12, 2018         KELLY / WARNER, PLLC

By _____
Daniel R. Warner
*Pro Hac Vice*
8283 N. Hayden Rd., Suite 229
Scottsdale, Arizona 85258
Tel. (480) 331-9397

*Attorneys for Defendants and Counter-Plaintiffs DermAktive LLC and Jordan Dufner;and Defendants Adam Wellington, Upsurge LLC, Upsurge Media Group LLC, and Wido LLC*

DATED: January 16, 2018    LARSON, ZIRZOW & KAPLAN

By: _____
Kory Kaplan
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel. (702) 382-1170

*Attorneys for Defendants T1 Payments LLC and Donald Kasdon*

**ORDER**

Based on the parties' stipulation [ECF No. 144] and good cause appearing, IT IS HEREBY ORDERED that **all claims in this action are DISMISSED with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
January 22, 2018

---

4
STIPULATION OF VOLUNTARY DISMISSAL